**Order entered September 30, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01208-CV

### ROY D. MITCHELL, Appellant

### V.

### CITY OF DALLAS, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09853**

## ORDER

On the Court's own motion, we **REMOVE** this case from submission on October 10, 2019. The case will be resubmitted in due course.

/s/　　BILL WHITEHILL
　　　　JUSTICE